# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BENJAMIN PEREZ and BOBBY MILTON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 12 CV 4340 |
| v. ) | |
| ) | Judge DOW |
| CITY OF CHICAGO, et al., ) | |
| ) | Magistrate Judge FINNEGAN |
| Defendants. ) | |

## JOINT RULE 26(f)(1) REPORT

Plaintiffs and Defendants, by and through counsel of record, jointly present their Rule 26(f) Report to the Court as follows:

1. **Meeting.** Pursuant to Federal Rule 26(f) a planning meeting was held via telephone on September 14, 2012. The conference was productive in establishing a discovery schedule and outlining various issues and positions, but did not result in settlement.

2. **Attorneys of Record.**

   *Plaintiffs Attorneys:*
   Torreya L. Hamilton (lead)
   Elizabeth R. Uribe, *of counsel*
   HAMILTON LAW OFFICE
   11 South LaSalle Street, Suite 1000
   Chicago, IL 60603
   312.726.3173

   Thomas P. Needham
   Law Offices of Thomas P. Needham
   11 South LaSalle Street, Suite 1000
   Chicago, IL 60603
   312.726.3171

   *Defendants Attorneys:*
   Lindsay Wilson Gowin
   Jonathan Clark Green
   Andrea E. Cook
   City of Chicago, Dept. of Law
   Federal Civil Rights Litigation
   30 North LaSalle Street, Suite 900
   Chicago, IL 60602

3. **Nature of the Case.**
   a. *Basis for Federal Jurisdiction.* Plaintiffs have brought civil rights claims under 42 U.S.C. § 1983, as well as Illinois state law claims. This Court has jurisdiction over these claims pursuant to 28 U.S.C. §§1331, 1343, and 1367.

   b. *Nature of the Claims.* Plaintiffs have brought federal and state claims alleging unlawful search and seizure, false arrest, excessive force, conspiracy to violate civil rights, false imprisonment, battery, and malicious prosecution against Chicago Police Officers Kevin Navarro, Alejandro Cabral, Gia Czubak, Del Pearson, Michael Malecki,

Steven Carroll, Jeffrey Collado, Robert Hernandez, and Jeffrey Frahm. The City of Chicago is named for indemnification purposes.

    c. *Service.* All parties have been served and appeared. Defendants filed their joint answer on July 30, 2012.

    d. *Jury Demand.* All parties have requested trial by jury.

4. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects: liability and damages for each of Plaintiffs' claims.

    b. Initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) shall be exchanged by all parties on or before September 17, 2012. All discovery should be completed by February 15, 2013.

    c. The parties have discussed discovery of electronically stored information ["ESI"]. The parties acknowledge their obligation to take reasonable and proportionate steps for preserving relevant and discoverable ESI within their possession, custody, or control. The parties do not believe this case involves ESI, but have agreed to favor electronic disclosure and service during the litigation of this matter whenever possible.

    d. The parties do not expect the number of depositions to exceed the number allowed by the Federal Rules of Civil Procedure. If additional depositions are required, the parties will seek leave of court as provided in Rule 30 if the parties are unable to come to an agreement.

    e. The parties have not yet determined whether they will hire expert witnesses.

    f. All potentially dispositive motions should be filed by March 15, 2013.

4. **Trial Schedule**[1]

    a. Plaintiff proposes the following schedule for the final pretrial order: Plaintiff to prepare and produce to Defense counsel a proposed draft of the PTO and proposed jury instructions by March 15, 2013, Defendants are to provide their PTO submissions and proposed jury instructions by March 22, 2013, and the parties are to file the joint proposed PTO and proposed jury instructions by March 29, 2013.

    b. Plaintiff believes the case should be ready for trial by April 15, 2013, and at this time is expected to take approximately 4-5 days.

5. **Settlement.** The parties have discussed the possibility of settlement and have agreed to continue discussions after some discovery has been exchanged. Plaintiff is amenable to

---

[1] If the parties file dispositive motions in this case, the pre-trial order and trial dates will have to be postponed until this Court has issued a ruling on any such motions.

participating in a settlement conference with this Court or the Magistrate Judge.

6. **Consent.** The parties do not consent unanimously to proceed before a Magistrate Judge.

Respectfully Submitted,


s/ Elizabeth R. Uribe
Counsel for Plaintiff
HAMILTON LAW OFFICE, *of counsel*
11 South LaSalle Street, Suite 1000
Chicago, IL 60603
312.726.3173

s/ Lindsay Wilson Gowin
Counsel for Defendants
Assistant Corporation Counsel for City of Chicago
30 N. LaSalle Street, Suite 900
Chicago, IL 60602
312.742.6423