IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENJAMIN PEREZ and BOBBY MILTON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> The CITY OF CHICAGO, Illinois, a municipal ) <br> corporation, and Chicago Police Officers KEVIN ) <br> NAVARRO, ALEJANDRO CABRAL, GIA ) <br> CZUBAK, DEL PEARSON, MICHAEL MALECKI, ) <br> STEVEN CARROLL, JEFFREY COLLADO, ) <br> ROBERT HERNANDEZ, and JEFFREY FRAHM; ) <br> ) <br> Defendants. ) | No. 12 CV 4340 <br><br> Judge Robert M. Dow, Jr. |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_s/ Torreya L. Hamilton_
Torreya Hamilton
Attorney for Plaintiffs, Benjamin Perez,
and Bobby Milton
Hamilton Law Office, 53 West Jackson, Suite 452
Chicago, IL 60604, (312) 312-726-3173
Attorney No. _____
FEIN: _____
DATE: _____

_s/ Thomas P. Needham_
Thomas P. Needham
Attorney for Plaintiffs, Benjamin Perez,
and Bobby Milton
Law Office of Thomas P. Needham, 53 West Jackson,
Suite 452
Chicago, IL 60604, (312) 312-726-3171
Attorney No. _____
FEIN: _____
DATE: _____

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON, Corporation Counsel
Attorney for City of Chicago
BY: _/s/ Liza M. Franklin_
Liza M. Franklin, Deputy Corporation Counsel
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602, (312) 742-0170
Attorney No. 6216088

/s/ Lindsay Wilson Gowin
Assistant Corporation Counsel
Attorney for defendants,
Kevin Navarro, Alejandro Cabral, Gia Czubak,
Del Pearson, Michael Malecki, Steven Carroll,
Jeffrey Collado, Robert Hernandez, and Jeffrey
Frahm
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602
(312) 742-6423
Attorney No. 6284270