IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BENJAMIN PEREZ and BOBBY MILTON, )
)
Plaintiffs, )
) No. 12 CV 4340
vs. )
) Judge Robert M. Dow, Jr.
The CITY OF CHICAGO, Illinois, a municipal )
corporation, and Chicago Police Officers KEVIN )
NAVARRO, ALEJANDRO CABRAL, GIA CZUBAK, )
DEL PEARSON, MICHAEL MALECKI, STEVEN )
CARROLL, JEFFREY COLLADO, ROBERT )
HERNANDEZ, and JEFFREY FRAHM; )
)
Defendants. )

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiffs, Benjamin Perez, and Bobby Milton, by their attorneys, Torreya Hamilton and Thomas P. Needham, and defendants Kevin Navarro, Alejandro Cabral, Gia Czubak, Del Pearson, Michael Malecki, Steven Carroll, Jeffrey Collado, Robert Hernandez, and Jeffrey Frahm, and defendant City of Chicago, by its attorney, Stephen Patton, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiffs, Benjamin Perez, and Bobby Milton, against defendants, City of Chicago, and Kevin Navarro, Alejandro Cabral, Gia Czubak, Del Pearson, Michael Malecki, Steven Carroll, Jeffrey Collado, Robert Hernandez, and Jeffrey Frahm, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

_____ 2/11/13
Lindsay Wilson Gowin, Assistant Corp. Counsel
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602
(312) 742-6423 Attorney No. 6284270

ENTER: _____
The Honorable Robert M. Dow, Jr.
United States District Judge

DATED: 2-4-13